UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRYAN LANTIER** | **CIVIL ACTION NO. 12-CV-1302** |
| **VERSUS** | **JUDGE DOHERTY** |
| **ROWAN COMPANIES, INC.** | **MAGISTRATE JUDGE HANNA** |

ORDER REGARDING JURISDICTION

The record shall reflect that this court conducted a review of the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied. The undersigned finds that the pleadings present claims arising under the Constitution, laws, or treaties of the United States, including claims under Admiralty and General Maritime Law per 28 U.S.C. §1333, over which claims the Court shall have original jurisdiction per 28 U.S.C. §1331. Per provisions of 28 U.S.C. §1367(a), the Court has supplemental jurisdiction over the related state law claims asserted in the pleadings.

Signed at Lafayette, Louisiana this 4th day of October, 2012.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE